[Crim. No. 1394. First Appellate District, Division Two.—December 7, 1927.]

THE PEOPLE, Respondent, v. FRANK COSTELLO et al., Defendants; WILLIAM AVELINO, Appellant.

Milton T. U'Ren and H. Edward Manning for Appellant.

U. S. Webb, Attorney-General, and Wm. F. Cleary, Deputy Attorney-General, for Respondent.

NOURSE, J.— Upon the authority of *People* v. *Costello, ante*, p. 313 [262 Pac. 75], the appeal of the defendant William Avelino from the judgment and order denying his motion for a new trial is affirmed.

Koford, P. J., and Sturtevant, J., concurred.